UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------- X

PATRICIA RATZ,

                              Plaintiff,

          -against-

THE CITY OF NEW YORK, et al.,

                              Defendants.

------------------------------------------------------------------- X

**STIPULATION AND ORDER OF DISMISSAL**

13 CV 2562 (FB) (VVP)

       **WHEREAS,** the parties have reached a settlement agreement and now desire to resolve the remaining issues raised in this litigation, without further proceedings and without admitting any fault or liability;

       **NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, that

       1.    The above-referenced action is hereby dismissed with prejudice; and

**[THE REMAINDER OF THIS PAGE HAS BEEN LEFT INTENTIONALLY BLANK]**

2. Notwithstanding the dismissal of this action in accordance with this agreement, the District Court shall continue to maintain jurisdiction over this action for the purpose of enforcing the terms of the settlement agreement reached between the parties and set forth in the Stipulation of Settlement executed by the parties in this matter.

Dated: New York, New York
_____, 2014

| | |
|---|---|
| LAW OFFICE OF RONALD L. KUBY<br>*Attorneys for Plaintiff Patricia Ratz*<br>119 West 23rd Street, Suite 900<br>New York, NY 10011<br>212-529-0223 | ZACHARY W. CARTER<br>Corporation Counsel of the<br>  City of New York<br>*Attorney for Defendants*<br>100 Church Street<br>New York, New York 10007 |
| By: _____<br>Leah M. Busby<br>*Attorney for Plaintiff* | By: _____<br>Randall M. Elfenbein<br>*Special Assistant Corporation Counsel* |

SO ORDERED:

_____
HON. FREDERIC BLOCK
UNITED STATES DISTRICT JUDGE